COMMONWEALTH of Pennsylvania, Respondent

v.

Randy MARKLAND, Petitioner

No. 330 MAL 2017

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Jason GLINKA, Petitioner

No. 237 EAL 2017

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Matthew ZIMMERMAN, Petitioner

No. 233 EAL 2017

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**